AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT - 7 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TOVAR, Mario Alberto, YOB:1992/USC | ) ) ) ) ) | Case No. M-16-1872-M |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 4, 2015** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with intent to distribute approx. 46.95 kgs of cocaine |
| 21 USC 846 | Conspiracy to possess with intent to distribute approx. 46.95 kgs of cocaine |

This criminal complaint is based on these facts:

ATTACHMENT A

☑ Continued on the attached sheet.

_____
Complainant's signature

Reinaldo Mercado Jr. DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/07/2016 3:14 pm

_____
Judge's signature

City and state: McAllen, Texas

US Magistrate Judge Peter E. Ormsby
Printed name and title

## ATTACHMENT A

On June 4, 2015, at approximately 2:00 pm, MDO HIDTA D-84 established Surveillance at the parking lot of the Kurai Restaurant located at 1325 East Quebec Avenue, McAllen, Texas. A DEA CS indicated that he/she was to receive a cocaine load in the McAllen, Texas area.

While conducting surveillance, agents observed a Silver Chrysler 300 arrived to the Kurai restaurant parking in McAllen, Texas. Moments later, S/A Mercado Jr. observed the occupant of the Silver Chrysler 300 bearing Texas license plates DRN-9735 and was later identified as Mario Alberto TOVAR.

During that time, agents observed TOVAR meet with a Confidential Source. The Confidential Source (CS) vehicle and the Silver Chrysler 300 departed from the Kurai parking lot and proceed to travel north onto Colbath then turned onto 42nd Street, McAllen, Texas.  Seconds later, S/A Mercado Jr. observed the Chrysler 300 and the CS vehicle depart Sonora St., McAllen, Texas. The CS then travel to a neutral location at which time, agents took custody of two (2) suitcases containing thirty-eight (38) packages, approximately 46.95 kgs of cocaine.

 After the delivery, surveillance units observed the Chrysler 300 drive directly into Mexico through the Hidalgo, Texas International Port of Entry.

On 10-07-2016, S/A Mercado Jr. was notified by Custom and Border Protection (CBP) TOVAR had entered into the Hidalgo Port Entry. S/A Mercado Jr. and TFO Muniz responded to the Hidalgo Point of Entry to interview TOVAR. TOVAR was advised of his Miranda Warning rights and agreed to answer questions. TOVAR stated during that time, TOVAR received the vehicle (Chrysler 300) as payment for delivering the two (2) suitcases to the unknown individual. TOVAR stated he knew something was illegal in the suitcases but did not know the contents. TOVAR stated he received the suitcases in Mission, Texas and delivered to the unknown individual.

TOVAR was arrested and transported to the DEA office in McAllen, Texas for processing.